# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

139839

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TIMOTHY ALAN LEACH,
        Defendant-Appellant.

SC: 139839
COA: 293293
Bay CC: 06-010508-FH;
08-010998-FH

_____/

        On order of the Court, the application for leave to appeal the September 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

p0129

_____
Clerk